UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

*In re:*

DOUBLE R & ASSOCIATES, INC.,   Case No. 12-14078-11

    Debtor.

---

## MOTION TO SET BAR DATE
## FOR FILING PROOFS OF CLAIM OR INTEREST

---

    Double R & Associates, Inc., the debtor and debtor-in-possession herein (the "Debtor"), by its attorneys, Krekeler Strother, S.C., pursuant to Bankruptcy Rule 3003 (c)(3), hereby moves the Court for an Order directing the filing of claims in this case by all persons whose claims or interests are unscheduled or are listed by the Debtor as disputed, unliquidated, contingent or unknown, and establishing a bar date by which such proofs of claim and interest must be filed. In support of this Motion, the Debtor respectfully represents as follows:

    1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

    2.    The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 17, 2012 (the "Petition Date"). The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107 and 1008 of the Bankruptcy Code. No trustee or examiner has been appointed in this Chapter 11 Case.

    3.    In order to provide interested parties with adequate information to properly consider all aspects of this case, the claims of all parties must be known, including those claims which may be disputed, unliquidated, contingent or unknown.

    4.    In order to proceed expeditiously in this action, all persons whose claims were scheduled as disputed, contingent, unliquidated or unknown must be required to file Proofs of Claim within such time as the Court may fix, with the failure to do so resulting in such persons not being treated as creditors for the purposes of voting and distribution in this matter.

    5.    A reasonable time for filing such Proofs of Claim shall be forty (40) days after mailing notice of such bar date to such persons.

WHEREFORE, Double R & Associates, Inc. moves the Court for the entry of an order directing the filing of claims by all persons whose claims are unscheduled or are scheduled by Double R & Associates, Inc. as disputed, contingent, unliquidated or unknown, and further ordering that the failure of such persons to file claims within forty (40) days after the mailing of the Notice of Bar Date shall preclude such persons from being treated as creditors for the purpose of voting for, and receiving a distribution under, a plan in this Chapter 11 case.

Dated this 12th day of February, 2013.

**KREKELER STROTHER, S.C.**

By: *(signature)*
Eliza M. Reyes
State Bar No. 1030764
Attorneys for Debtor,
Double R & Associates, Inc.

ADDRESS:
2901 West Beltline Highway
Suite 301
Madison, WI 53713
Telephone: (608) 258-8555
Facsimile: (608) 258-8299